**STATE v. LILLY**

[342 N.C. 409 (1995)]

STATE OF NORTH CAROLINA v. CARLTON NICHLOS LILLY

No. 20A95

(Filed 8 December 1995)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 117 N.C. App. 192, 450 S.E.2d 546 (1994), which affirmed judgments of imprisonment entered on 20 May 1993 by Guice, J., in Superior Court, Rutherford County, upon defendant's convictions for first-degree rape, first-degree sexual offense, and breaking or entering. On 2 March 1995 this Court allowed the State's petition for discretionary review of an issue not raised by the dissenting opinion in the Court of Appeals. Heard in the Supreme Court 14 November 1995.

*Michael F. Easley, Attorney General, by Christopher E. Allen, Assistant Attorney General, for the State.*

*David William Rogers for the defendant.*

PER CURIAM.

For the reasons stated in the concurring opinion in the Court of Appeals by Lewis, J., rather than those stated in the opinion for the court, the decision of the Court of Appeals is affirmed. *See State v. Lilly*, 117 N.C. App. 192, 196-97, 450 S.E.2d 546, 549 (1994) (Lewis, J., concurring in the result).

AFFIRMED.